# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**KEITH WHITE**,

      *Petitioner*,

v.

**LYNN FITCH and TYREE JONES**,

      *Respondents*.

CAUSE NO. 3:24-CV-614-CWR-LGI

## ORDER

**THIS CAUSE** comes on this date on the *sua sponte* motion of the Court for a writ of habeas corpus ad testificandum requiring petitioner Keith White to be present at a hearing in this matter.

**IT IS THEREFORE ORDERED** that a writ of habeas corpus ad testificandum issue forthwith from this Court directing the Sheriff of Hinds County to transport the above-named petitioner to appear before the Honorable Carlton W. Reeves, U.S. District Judge, at **501 E. Court Street, Courtroom 5B, Jackson, Mississippi,** on **December 16, 2024, at 2:00 P.M.** Thereafter, upon being dismissed by the Court, the above-named petitioner will be returned to the Sheriff's custody for return to any facility where he may be lawfully detained.

**SO ORDERED**, this the 3rd day of December, 2024.

                                            s/ Carlton W. Reeves
                                            UNITED STATES DISTRICT JUDGE